IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 5:21-cr-369-JDW |
| v.   : | |
| : | |
| AMMAR JALI : | |

**ORDER**

AND NOW, this 17th day of May, 2024, upon consideration of Defendant Ammar Jali's Motion to Seal Defendant's Sentencing Memorandum and Exhibits (ECF No. 19) and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

The Clerk of Court shall unseal the filings at ECF Nos. 19 and 20.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.